IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE ANN WILKIE PELTIER, et al., )<br> )<br>        Plaintiffs, )<br> )<br>v. )<br> )<br>DEBRA HAALAND, )<br>SECRETARY OF THE INTERIOR, et al., )<br> )<br>        Defendants. )<br>_____ ) | Case No.: 1:20-cv-03775-TFH<br>Senior Judge Thomas F. Hogan<br><br>Electronically filed on June 3, 2021 |

### UNOPPOSED MOTION BY PLAINTIFFS FOR 1) FINAL CERTIFICATION OF PLAINTIFF CLASS PURSUANT TO FED. R. CIV. P. 23(b)(3) FOR SETTLEMENT PURPOSES ONLY, AND 2) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

Pursuant to Fed. R. Civ. P. 23(c)(1), and LCvRs 23.1(b) and (c), in this action to redress alleged breaches of trust by Defendants with respect to two Judgment Awards of the Indian Claims Commission, the 1964 Award and the 1980 Award, collectively known as the "Pembina Judgment Fund" (PJF), awarded to the Pembina Band of Chippewa Indians, Plaintiffs, who are 39,0003 individuals, as determined by Defendant the U.S. Department of the Interior (Interior), to be beneficiaries of the PJF, *see* First Amended Complaint at ¶ 1 (ECF No. 11), move this Court for 1) final certification of a plaintiff class under Fed. R. Civ. P. 23(b)(3) for settlement purposes only, and 2) final approval of the Class Action Settlement Agreement (ECF No. 14).

The grounds in support of this Motion are set forth in Plaintiffs' Supporting Memorandum of Points and Authorities and Exhibits thereto, all of which are submitted with this Motion. Pursuant to LCvR 7(c), a Proposed Order granting this Motion also is submitted with this Motion. Pursuant to LCvR 7(m), counsel for Plaintiffs, Melody McCoy, states that on June

1

3 2021, she discussed this Motion with counsel for Defendants, Anthony Hoang, and Ms. McCoy is authorized to state that Defendants do not oppose this Motion.

Dated this 3rd day of June, 2021.

Respectfully submitted,

*/s/ Melody L. McCoy*
MELODY L. MCCOY
CO Bar # 16960, U.S. Dist. Ct. (D.C.) CO0043
KIM JEROME GOTTSCHALK, *pro hac vice*
NM Bar # 3799
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
Tel.: (720) 647-9691 (McCoy)
Tel.: (720) 647-9252 (Gottschalk)
Fax: (303) 443-7776
E-mail: mmccoy@narf.org
Email: jeronimo@narf.org

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that, on June 3, 2021, I electronically transmitted the foregoing document to the Clerk of the Court, using the ECF system for filing and transmittal of a Notice of Electronic Filing to the ECF registrants in this case.

*/s/ Melody L. McCoy*
Melody L. McCoy
